UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

**Case Number: 13-14051-CIV-MARTINEZ-LYNCH**

LISA TAYLOR,

    Plaintiff,

vs.

JOHNSON CONTROLS BATTERY GROUP,
INC., WAL-MART, INC. a/k/a WAL-MART
SUPERCENTER STORE #3527,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LYNCH'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Frank J. Lynch, Jr., United States Magistrate Judge for a Report and Recommendation on Defendants' Motion to Dismiss, Motion to Strike, or Alternatively Motion for More Definite Statement (D.E. No. 12) and on Plaintiff's Motion for Leave to File Amended Complaint (D.E. No. 14). Magistrate Judge Lynch filed a Report and Recommendation (D.E. No. 26), recommending that (a) Plaintiff's Motion for Leave to File Amended Complaint be granted; (b) pursuant to Local Rule 15.1, the Plaintiff be directed to file the Amended Complaint that she attaches to her Motion separately into the case docket and that the Plaintiff be given fourteen (14) days to do so; and (c) Defendants' Motion to Dismiss be denied as moot. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge Lynch's Report and Recommendation

(D.E. No. 26) is **AFFIRMED** and **ADOPTED**.  Accordingly, it is:

    **ADJUDGED** that

    1.    Plaintiff's Motion for Leave to File Amended Complaint (D.E. No. 14) is **GRANTED**.  The Court notes that Plaintiff has already filed her Amended Complaint (D.E. No. 27).

    2.    Defendants' Motion to Dismiss (D.E. No. 12) is **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of July, 2013.

                                      JOSE E. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record
Lisa Taylor