UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF FLORIDA

FORT PIERCE DIVISION

| | |
|---|---|
| LISA TAYLOR | Case Number: |
| Plaintiff, | 13-14051-CIV-MARTINEZ-LYNCH |
| vs. | |
| JOHNSON CONTROLS BATTERY GROUP, INC. | |
| and | |
| WAL-MART STORE, INC. | |
| Defendant(s) | |

FILED by ___ D.C.

JAN 03 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## MOTION FOR COURT TO ISSUE EMERGENCY SUBPOENA FOR PHONE RECORDS OF WAL-MART STORES, INC., GREG RAY, AND ROBERT WEAVERLING

COMES NOW, Plaintiff, LISA TAYLOR (*Taylor*), *pro se litigant,* and respectfully prays to the Court to issue an emergency subpoena for the phone records of Defendant Wal-Mart Stores, Inc. (Wal-Mart), Greg Ray and Robert Weaverling.

On December 11, 2013 Taylor filed a Spoliation Motion [DE 67] against Wal-Mart on the basis of missing photos and store surveillance footage.

On December 30, 2013, Wal-Mart filed a response in opposition [DE74], with two attached Declarations [DE 74-1 and 74-2], to the Spoliation Motion.

1

The two attached Declarations are sworn to *"under the penalty of perjury that the foregoing is true and correct."* Both Declarations are statements from Greg Ray (Greg) and Robert Weaverling (Bob), the two Wal-Mart employees who were involved in the incident occurring August 4, 2011.

Wal-Mart proffered the Declaration of Greg [DE 74-1 ¶6] in which he states *"I did not call Lisa Taylor's husband to ask that Lisa Taylor return to Wal-Mart so that additional photographs could be taken of the battery."*

A subpoena of Wal-Mart's phone records, and the phone records of Greg and Bob's personal cell phones, on the date of August 4, 2011 from the hours of one o'clock pm (1:00pm) to four o'clock pm (4:00pm) are required in order to provide the necessary proof for mendacity of Greg Ray and Robert Weaverling, thereby allowing this Court to prosecute both Greg and Bob under the laws of perjury to the fullest extent applicable.

Greg Ray did in fact call to obtain more photographs of the battery. His statement within his declaration is misleading in the context he states it, as follows:

- Greg called the phone number provided to him within the Customer Complaint form Taylor completed at Wal-Mart.

- The number was Taylor's husband's cell phone number, which was the phone number the Taylor's used for all calls.

- Taylor's husband, was in possession of his cell phone and answered the call from Greg.
- Taylor's husband received a request from Greg for more photographs to be taken of the battery.
- Taylor's husband called Taylor, on her cell phone, and relayed the request of Greg.
- Taylor returned to Wal-Mart for more photos to be taken by Bob. Bob took more photos and sent Taylor away again.

Bob signed his Declaration [74-2] also with, *"I declare under penalty of perjury that the foregoing is true and correct."* Bob attests he took five photographs and is unaware that any other photographs were taken of the battery.

In order to prove the phone call was made from Wal-Mart employees Greg and Bob, to Taylor's phone number, a subpoena must be granted. Taylor cannot allow the perjurious statements of Greg and Bob to be accepted by this Court which would allow these men to maliciously vilify Taylor's statements surrounding the photos.

Taylor prays to this Honorable Court to immediately issue a subpoena for

3

the phone records of Wal-Mart Super Center Store #3527, the personal cell phone records of Greg Ray, and the personal cell phone records of Robert Weaverling, for the date of August 4, 2011 for the times of 1:00pm to 4:00pm, and to place the Declarations of Greg Ray and Robert Weaverling as evidence of perjury upon this Court.

Further, Taylor prays to this Honorable Court to place all maximum applicable sanctions against Defendant Wal-Mart for allowing these perjurious statements to be entered as part of record of this cause.

Respectfully,

LISA TAYLOR *pro se litigant*
PO Box 203
Imperial, Mo. 63052
314-459-5610
dtflorida@live.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via USPS mail to Michael Drahos, Attorney for Defendant, @

**FOWLER WHITE BURNETT, PA**
Northbridge Centre
515 N. Flagler Drive
Suite 2100
West Palm Beach, FL 33401
561-847-2318
561-847-2319- (fax)
mdrahos@fowler-white.com

On this 30th day of December, 2013.

*[signature]*

LISA TAYLOR pro se litigant
PO Box 203
Imperial, Mo. 63052
314-459-5610