UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LISA TAYLOR,

Plaintiff,

v.

JOHNSON CONTROLS BATTERY GROUP, INC. and WAL-MART, INC. a/k/a WAL-MART SUPERCENTER STORE #3527,

Defendant.

CASE NO. 13-14051-CIV-MARTINEZ/LYNCH

**DEFENDANTS' WITNESS LIST**

COME NOW the Defendants, JOHNSON CONTROLS BATTERY GROUP, INC. and WAL-MART, INC., by and through their undersigned counsel, and pursuant to the applicable Rules of Federal Procedure and the Order Setting Civil Trial Date And Pretrial Schedule dated August 2, 2013, file their Witness List follows:

1. Greg Ray
   c/o Walmart

2. Bob Weaverling
   c/o Walmart

3. Ken Barnes
   c/o Walmart

4. Corporate Representative and/or Records Custodian
   Walmart

5. Corporate Representative and/or Records Custodian
   Johnson Controls Battery Group, Inc.

6. Joseph Liedhegner **[Expert]**
   Johnson Controls Battery Group, Inc.
   Manager, Customer Support North America

EXHIBIT
tabbies
2

Product & Advanced Engineering
5757 North Green Bay Avenue
Milwaukee, Wisconsin

7. Mona Fakhry, M.D.
1801 S.E. Tiffany Avenue
Port St Lucie, FL 34952

8. Bambi C. Petrinic, M.D.
600 Heritage Drive
Suite 105
Jupiter, FL 33458

9. Carol Robinson, M.D.
8670 Big Bend Blvd.
St Louis, MO 63119

10. Karen S. Miller, Ph.D.
50 Crestwood Executive Center
Suite 207
Saint Louis, MO 63126

11. Max P. Benzaquen, M.D.
224 South Woods Mill Road
Suite 290S
Chesterfield, MO 63017

12. David G. Kennedy, M.D.
3009 North Ballas Road
St Louis, MO 63131

13. Raziya A. Mallya, M.D.
129 Macklind Avenue
St Louis, MO 63110

14. Records Custodian
St. Lucie County Florida Fire District
Administration Office
5160 N.W. Milner Drive
Port St. Lucie, FL 34983

15. Records Custodian
St. Lucie Medical Center
1800 S.E. Tiffany Avenue
Port St Lucie, FL 34952

16. Records Custodian
    Martin Memorial Health Systems
    200 S.E. Hospital Avenue
    Stuart, FL 34994

17. Records Custodian
    St. Luke's Hospital
    232 South Woods Mill Road
    Chesterfield, MO 63017

18. Records Custodian
    Barnes-Jewish Hospital
    1 Barnes-Jewish Hospital Plaza
    St. Louis, MO 63110

19. Records Custodian
    Missouri Baptist Medical Center
    3015 North Ballas Road
    St Louis, MO 63131

20. Records Custodian
    AARP
    999 Peachtree Place Northeast
    Atlanta, GA 30309

21. Records Custodian
    Essence Healthcare
    13900 Riverport Drive
    Maryland Heights, MO 63043

22. Records Custodian
    Centers For Medicare & Medicaid Services
    Liability Unit
    2002 Old St. Augustine Road
    #E-42
    Tallahassee, FL 32301

23. Records Custodian
    United Healthcare
    13621 N.W. 12th Street
    Sunrise, FL 33323

24. Records Custodian
    The Hartford

Central Work Comp Claims Center
101 Yorkshire Blvd.
Lexington, KY 40509

25. Corporate Representative and/or Records Custodian
Spetner Associates, Inc.
8630 Delmar Blvd.
St Louis, MO 63124

26. Darrel Taylor
Address Unknown

27. Ed Hammon
Hillsborough, Missouri

28. Unidentified eyewitness neighbor
SE Cliff Road
Port St. Lucie, FL 34984

29. Steve Monnagan
Address unknown

30. Records Custodian
Apria Healthcare
Palm Beach Gardens, FL

31. Records Custodian
Diagnostic Medical Testing, Inc.
2435 US Hwy 19, Suite 210
Holiday, FL 34691

32. Donald Hoffman, MD
3237 SW Port St. Lucie Blvd
Port St. Lucie, FL 34953

33. Kristin Carano, MD
c/o Martin Memorial Health Systems

34. Gustavo Granada, MD
c/o Martin Memorial Health Systems

35. Records Custodian
St. Anthony's Medical Center
10010 Kennerly Road
St. Louis, Missouri, 63128

36. Records Custodian
St. Clare Medical Center

37. Cardiopulmonary & Primary Care Associates
1801 SE Hillmoor Drive, Suite A-110
Port St. Lucie, FL 34952

38. Any of the witnesses listed on the Witness List of the Plaintiff or called as a witness by the Plaintiff, without waiving any objections.

39. Any person mentioned in Depositions or Interrogatories which have been filed or taken in this cause, without waiving any objections.

40. Any and all persons mentioned in the materials attached to Interrogatories, furnished pursuant to Requests for Production or subpoenas which have been filed in this cause, without waiving any objections.

41. Impeachment and rebuttal witnesses.

The Defendants reserve the right to list additional witnesses prior to trial in conformity with the evidence and trial order as discovery continues and more information becomes available.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via email this 9th day of October, 2013 to Ms. Lisa Taylor, dtflorida@live.com.

Respectfully submitted,

Michael J. Drahos
Fla. Bar No. 0617059
Email: mdrahos@fowler-white.com

FOWLER WHITE BURNETT, P.A.
901 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401
Telephone: (561) 802-9044
Facsimile: (561) 802-9976

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2013, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Michael J. Drahos
Michael J. Drahos

CASE NO. 13-14051-CIV-MARTINEZ/LYNCH

**SERVICE LIST**

CASE NO. 13-14051-CIV-MARTINEZ/LYNCH

Ms. Lisa Taylor
4611 S. Hwy US1, Lot 21
Ft. Pierce, FL 34982
E-Mail: dtflorida@live.com
Telephone: (314) 459-5610
Attorney for LISA TAYLOR

- 7 -