AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern      DISTRICT OF    Florida

Lisa Taylor

**EXHIBIT AND WITNESS LIST**

V.

Johnson Controls Inc et.al      Case Number: 13-14051

| PRESIDING JUDGE<br>Martinez/Lynch | PLAINTIFF'S ATTORNEY<br>Pro Se | DEFENDANT'S ATTORNEY<br>Michael Drahos |
|---|---|---|
| TRIAL DATE(S)<br>5-20-15 thru 5-23-15 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-1 | | | ✓ | ✓ | EverStart Lwn and Graden Battery Model #U1R-7 |
| P-2 | | | ✓ | ✓ | Receipt for subject battery dated 7/28/2011 |
| P-3 | | | ✓ | ✓ | Receipt of battery exchange/purchase Wal-Mart Store #3527 8/4/2011 |
| P-4 | | | ✓ | ✓ | "Customer Statement" completed by Lisa Taylor for Greg Ray 8/4/11 (2 pgs) |
| P-5 | | | ✓ | ✓ | 5 photos of subject battery submitted by oppposing counsel on behalf of Wal-Mart |
| P-6 | | | ✓ | ✓ | MSDS for lead acid batteries from JCI revised 7/20/2010 (4 pages) |
| P-7 | | | — | | MSDS for Sulfuric Acid Revised 11/20/2000 (7 pages) |
| P-8 | | | ✓ | ✓ | MSDS for Optima Batteries Dated Revised 10/17/2011 (5 pages) |
| P-9 | | | ✓ | ✓ | Wal-Mart trining pages filed with DE 61 on 11/25/2013 pages 73-92 (20 pages) |
| P-10 | | | ✓ | ✓ | Computer generated, unsigned Battery Inspection Report dated 8/27/2012 |
| P-11 | | | ✓ | ✓ | Photos submitted by opposing Counsel date stamped 8/27/12 (16 pages) |
| P-12 | | | ✓ | ✓ | Sworn Affadavit of Greg Ray DE 74-1 12/30/2013 (2 pgs) |
| P-13 | | | ✓ | ✓ | Sworn Affadavit of Robert Weaverling DE 74-2 12/30/2013 |
| P-14 | | | — | | US Dept of Labor OSHA violations for Wal-Mart dated 1/27/2012 (25 pgs) |
| P-15 | | | — | | US Dept of Labor OSHA violations for JCI 4/24/2012 (12 pages) |
| P-16 | | | ✓ | ✓ | JCI Answers to Plaintiff's Interrogatories 9/16/2013 (8 pages) |
| P-17 | | | — | | JCI responses to Plaintiff's RFP 11/20/2013 (10 pages) |
| P-18 | | | ✓ | ✓ | WM answers to Plaintiff's Interrogatories 10/18/2013 (9 pages) |
| P-19 | | | — | | WM responses to Plaintiff's RFP 10/18/2013 (8 pages) |
| P-20 | | | — | | All pleadings and DE for this case, including Rule 26 disclosures from all parties. |
| P-21 | | | — | | Plaintiff's relevant medical records pertaining to this case. |
| P-22 | | | — | | CDC Sulfuric acid IDLH rating May 1994 (2 pages) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  Florida

Lisa Taylor

V.

Johnson Controls Inc et.al

## EXHIBIT AND WITNESS LIST

Case Number: 13-14051

| PRESIDING JUDGE<br>Martinez | PLAINTIFF'S ATTORNEY<br>Pro Se | DEFENDANT'S ATTORNEY<br>Michael Drahos |
|---|---|---|
| TRIAL DATE(S) 5/20/15 - 5/23/15<br>~~5/18/2015-5/21/2015~~ | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-23 | | | | | All pleadings and DE in this case. |
| P-24 | | | | | Texas Court Filings for Cotrone v. Wal-Mart 4:13-01669 (8 pages) |
| P-25 | | | | | Ill. Court filings for Hogan v. Wal-Mart 07-143-CJD (3 pages) |
| P-26 | | | | | Mo. court filings for Ludwig v. JCI 36F3d1396 (2 pages) |
| P-27 | | | | | Ill. Court filings for Taylor v Union Pacific 09-cv-00123 (7 pages) |
| P-28 | | | | | Plaintiff's responses to interrogatories from both Defendants |
| P-29 | | | | | Plaintiff's responses to both Defendants RFPS |
| P-30 | | | | | "Voltage Testing of lead acid batteries" by John Urban, J. Urban Power LLC Circa 2002 (8 pgs) |
| P-31 | | | | | Battery Test Guide by Mike Weighall (33 pages) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages